# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                    No. 05-10030-T

THOMAS RUSSELL TACKETT,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for Thomas Russell Tackett, with no objection from the government and for good cause shown, the report date which is currently scheduled for May 23, 2005, and the trial date which is currently scheduled for June 6, 2005, are hereby continued. Defendant contends that additional time is needed to prepare for trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from June 6, 2005, to August 8, 2005, at 9:30 A.M.</u> The resulting period of delay, from June 6, 2005, to August 8, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for July 28, 2005, at 8:30 a.m.

IT IS SO ORDERED.

                                                        JAMES D. TODD
                                                        UNITED STATES DISTRICT JUDGE

                                                        20 May 2005
                                DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CR-10030 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT