IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                  No. 05-10030-T

THOMAS RUSSELL TACKETT,

    Defendant.

### ORDER CONTINUING TRIAL AND EXCLUDING DELAY

Upon motion of counsel for defendant Thomas Russell Tackett, with no objection from the government and for good cause shown, the trial date which is currently scheduled for September 6, 2005, is hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from September 6, 2005, to October 3, 2005 at 9:30 A.M.</u> The resulting period of delay, from September 6, 2005, to October 3, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_1 September 2005_____
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on ___9/1/05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:05-CR-10030 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT